**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**Southern Division**

|  |  |
|---|---|
| **ROBERT W. PERRY**<br>**6211 Wagner Lane**<br>**Bethesda, Maryland 20816,** | ) <br> ) <br> ) <br> ) |
| **Plaintiff,** | ) |
| v. | ) <br> ) |
| **DAVID A. J. HAARHOFF Jr.**<br>**5819 Jacksons Oak Court**<br>**Burke, Virginia 22015,** | ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

Civil Action No. PWG 18 CV 2483

**Plaintiff Demands a Jury Trial**

*(filing stamp: U.S. DISTRICT COURT DISTRICT OF MARYLAND 2018 AUG 13 PM 3: 14 CLERK'S OFFICE AT GREENBELT BY _____ DEPUTY)*

## COMPLAINT

Comes now ROBERT W. PERRY, Plaintiff, by and through Greg S. Friedman, his attorney, and states a cause of action against Defendant DAVID ARTHUR JAMES HAARHOFF Jr., as follows:

### JURISDICTION and PARTIES

1.  Plaintiff is an adult resident of the State of Maryland. At the time of the incident at issue in this matter, Plaintiff was employed by George Washington University in the District of Columbia.

2.  Defendant is an adult resident of the Commonwealth of Virginia.

3.  Pursuant to 28 U.S.C. 1332, this Court has jurisdiction over the subject matter of this case as the parties are from different jurisdictions and the amount in controversy exceeds \$75,000.

### FACTS

4.  On or about August 16, 2015, at approximately 3:00 p.m., Plaintiff was operating his Subaru motor vehicle in a prudent manner in the northbound lane of Canal Road near the intersection of Reservoir Road in the District of Columbia. Plaintiff was standing in traffic when a southbound Ford Taurus owned and negligently operated by Defendant crossed the solid double yellow lane divider and sideswiped another standing

1

vehicle owned and operated by Santiago M. Murray. Defendant then crossed back over the lane divider and crossed it a third time striking Plaintiff's vehicle in a head-on collision which resulted in a total loss of the vehicle. Mr. Murray and the reporting officer stated that they smelled alcohol on Defendant's breath. Defendant subsequently reimbursed Plaintiff for the value of his vehicle.

5.      Plaintiff was transported by ambulance to the emergency room at George Washington University Hospital.

6.      As a direct and proximate result of this negligence of Defendant Haarhoff, Plaintiff suffered severe and permanent injuries including a torn rotator cuff which will require surgical repair. He also sustained severe lumbar, cervical and other injuries which have required prolonged medical treatment and physical therapy. Defendant's negligence has caused, and continue to cause, Plaintiff to incur substantial sums for diagnostic evaluations, prescription pharmaceuticals, and medical treatment which will include surgery to repair the torn rotator cuff.

7.      As a further proximate result of the negligence of Defendant Haarhoff, Plaintiff lost substantial time from his employment force him to lose salary as well as to exhaust significant accumulated leave for which he would have been paid in full when he retired from his employment in 2017.

**WHEREFORE,** Plaintiff Robert W. Perry prays this Honorable Court award judgment against Defendant in the amount of $500,000 compensatory damages plus $1,000,000 punitive damages for gross negligence while operating a vehicle under the influence of alcohol, plus attorney's fees, costs, and such other relief as deemed appropriate by the Court.

Respectfully submitted,

Greg S. Friedman (Bar 11676)
6216 Mazwood Road
Rockville, MD 20852-3528
301-738-9900
*Friedman.g@gmail.com*
Attorney for Plaintiff Robert W. Perry

D:\GSF\Litigation\Perry\ Complaint

2